IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLENE MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07cv99 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | |
| NATIONAL CITY HOME LOAN | ) | Judge Cercone |
| SERVICE, INC., | ) | Magistrate Judge Hay |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 6th day of December, 2007, after the plaintiff, Charlene Morrison, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by defendant, National City Home Loan Service, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss (Document 6) is GRANTED.

David Stewart Cercone
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Craig E. Maravich, Esquire
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Amy M. Fritsky, Esquire
Maria V. Martin, Esquire
Rubin, Fortunato & Harbison
MCS Building, Suite 202
10 South Leopard Road
Paoli, PA 19301